MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.426.0159

Attorney for Brigitte Gafford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>V.<br><br>BRIGITTE GAFFORD,<br>　　　　　　　　Defendant. | Case No. CR11-00090- DLJ<br><br>**STIPULATION AND**<br>**[] ORDER**<br>**DIRECTING THE UNITED STATES**<br>**PROBATION OFFICE TO PREPARE A**<br>**MODIFIED PRESENTENCE**<br>**INVESTIGATION REPORT**<br>**ADDRESSING ONLY THE**<br>**DEFENDANT'S CRIMINAL HISTORY** |

　　　Plaintiff United States of America, by and through their counsel Assistant United States Attorney, John N. Glang, and defendant Brigitte Gafford, by and through her attorney Michelle D. Spencer, hereby stipulate and agree that the United States Probation Office prepare a Modified Presentence Investigation Report that addresses only Ms. Gafford's criminal history.

///

//

Gafford-[] Order Re: Modified PSR　　　　　　　　- 1 -

1     IT IS SO STIPULATED.

                                    MELINDA HAAG
                                    United States Attorney

Date: February 18, 2012

                                  _____/S/_____
                                  JOHN GLANG
                                  Assistant United States Attorney

Date: February 18, 2012

                                  _____/MDS/_____
                                  MICHELLE D. SPENCER
                                  Attorney for Brigitte Gafford

## [~~PROPOSED~~] ORDER

    Based upon the foregoing Stipulation, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the United States Probation Office shall prepare a Modified Presentence Investigation Report that addresses only defendant Brigitte Gaffords' criminal history.

Date:_____                                  _____
                                                              HON. D. LOWELL JENSEN
                                                              Senior United States District Judge