1  MICHELLE D. SPENCER, CBN 164696
   LAW OFFICE OF MICHELLE D. SPENCER
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel:  831 458 0502
4  Fax: 831 515 5053

5  Attorney for Brigitte Denise Gafford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO:  CR11-00090-DLJ |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO DECEMBER 20, 2012 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| BRIGITTE DENISE GAFFORD, et al., | |
| Defendants. | |

The parties, Brigitte Denise Gafford, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for December 6, 2012, be continued to December 20, 2012 at 9:00 a.m. for further status.

Defense counsel requires additional time to conduct further case review and investigation.  Ms. Gafford is currently ill and unable to discuss her case.  Defense counsel requires additional time to confer with Ms. Gafford when Ms. Gafford is well enough to

- 1 -

Stipulation and [] Order Continuing Hearing

meaningfully participate.  Additionally, in view of Ms. Gafford's condition, transporting her to Court from Elmwood would cause needless pain and discomfort.

IT IS SO STIPULATED.

Dated:  November 30, 2012	MELINDA HAAG
	United States Attorney

	_____/S/_____
	JOHN N. GLANG
	Assistant United States Attorney


Dated:  November 30, 2012	_____/S/_____
	MICHELLE D. SPENCER
	Counsel for Brigitte Denise Gafford


## [] ORDER

GOOD CAUSE APPEARING, upon the stipulation of the parties,

IT IS HEREY ORDERED that the status conference currently scheduled for defendant Brigitte Denise Gafford on December 6, 2012, shall be continued to December 20, 2012, at 9:00 a.m. for further status.

FURTHER, the Court finds that failing to exclude the time between December 6, 2012 and December 20, 2012 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by excluding the time between December 6, 2012, and December 20, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between December 6, 2012, and December 20, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:_____     _____
　　　　　　　　　　　　　　THE HONORABLE D. LOWELL JENSEN
　　　　　　　　　　　　　　Senior United States District Judge

- 3 -

Stipulation and [] Order Continuing Hearing