MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Brigitte Denise Gafford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIGITTE DENISE GAFFORD,<br>et al.,<br><br>Defendants. | CASE NO:  CR11-00090-DLJ<br><br>STIPULATION AND [] ORDER CONTINUING STATUS CONFERENCE TO JANUARY 17, 2013 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties, Brigitte Denise Gafford, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for January 10, 2013, be continued to January 17, 2013 at 9:00 a.m. for further status.

Ms. Gafford continues to be ill and is receiving ongoing medical care.  The jail has scheduled another medical appointment for her on January 10 which she will otherwise miss because she also has a status conference scheduled that morning.  Given her ongoing medical

- 1 -

Stipulation and [] Order Continuing Hearing

needs and pain, it is important that she be available to receive medical care on January 10, 2013. Additionally, due to Ms. Gafford's medical situation, defense counsel has been unable to meaningfully discuss client's case with her over the past six weeks. Accordingly, the parties agree and request, with the Court's approval, that the January 10, 2013 status conference be continued to January 17, 2013 at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  January 7, 2013                    MELINDA HAAG
                                           United States Attorney

                                           _____/S/_____
                                           JOHN N. GLANG
                                           Assistant United States Attorney


Dated:  January 7, 2013                    _____/S/_____
                                           MICHELLE D. SPENCER
                                           Counsel for Brigitte Denise Gafford


[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREY ORDERED that the status conference currently scheduled for defendant Brigitte Denise Gafford on January 10, 2013, shall be continued to January 17, 2013, at 9:00 a.m. for further status.

FURTHER, the Court finds that failing to exclude the time between January 10, 2013 and January 17, 2013 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by excluding the time between

Stipulation and [] Order Continuing Hearing

January 10, 2013, and January 17, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

  IT IS FURTHER ORDERED that the time between January 10, 2013, and January 17, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

  IT IS SO ORDERED.

Dated:_____  _____
            THE HONORABLE D. LOWELL JENSEN
            Senior United States District Judge

Stipulation and [ Order Continuing Hearing

- 3 -